IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOHN PHILIP STIRLING,<br><br>Petitioner,<br><br>v.<br><br>JOSIAS SALAZAR, Warden,<br>FCI Sheridan,<br><br>Respondent. | Case Nos. 3:20-cv-00712-SB<br>3:20-cv-01177-SB<br>3:20-cv-01213-SB<br>3:20-cv-01214-SB<br>3:20-cv-01215-SB<br>3:20-cv-01216-SB<br>3:20-cv-01217-SB<br>3:20-cv-01218-SB<br>3:20-cv-01233-SB<br>3:20-cv-01242-SB<br>3:20-cv-01244-SB<br>3:20-cv-01245-SB<br>3:20-cv-01253-SB<br>3:20-cv-01255-SB<br>3:20-cv-01256-SB<br>3:20-cv-01257-SB<br>3:20-cv-01258-SB<br>3:20-cv-01261-SB<br>3:20-cv-01262-SB<br>3:20-cv-01353-SB<br>3:20-cv-01354-SB<br>3:20-cv-01355-SB<br>3:20-cv-01356-SB<br>3:20-cv-01357-SB<br>3:20-cv-01358-SB<br>3:20-cv-01379-SB<br>3:20-cv-01461-SB<br>3:20-cv-01571-SB<br>3:20-cv-01593-SB<br>3:20-cv-01671-SB<br>3:20-cv-01644-SB |

PAGE 1 – JUDGMENT

3:20-cv-01714-SB
3:20-cv-01743-SB
3:20-cv-01808-SB
3:20-cv-01810-SB
3:20-cv-01812-SB
3:20-cv-01813-SB
3:20-cv-01828-SB
3:20-cv-01850-SB
3:20-cv-02006-SB
3:20-cv-02007-SB
3:20-cv-02008-SB
3:20-cv-02044-SB
3:20-cv-02045-SB
3:20-cv-02046-SB
3:20-cv-02047-SB
3:20-cv-02070-SB
3:20-cv-02150-SB
3:20-cv-02174-SB
3:20-cv-02243-SB
3:20-cv-02245-SB
3:20-cv-02248-SB
3:21-cv-00035-SB
3:21-cv-00072-SB
3:21-cv-00104-SB
3:21-cv-00105-SB
3:21-cv-00147-SB
3:21-cv-00254-SB
3:21-cv-00331-SB
3:21-cv-00431-SB
3:21-cv-00439-SB
3:21-cv-00463-SB
3:21-cv-00486-SB
3:21-cv-00503-SB
3:21-cv-00505-SB
3:21-cv-00506-SB
3:21-cv-00507-SB
3:21-cv-00533-SB
3:21-cv-00537-SB
3:21-cv-00545-SB
3:21-cv-00596-SB
3:21-cv-00614-SB
3:21-cv-00615-SB
3:21-cv-00616-SB
3:21-cv-00624-SB
3:21-cv-00625-SB
3:21-cv-00638-SB

3:21-cv-00660-SB
3:21-cv-00667-SB
3:21-cv-00669-SB
3:21-cv-00670-SB
3:21-cv-00691-SB
3:21-cv-00693-SB
3:21-cv-00694-SB
3:21-cv-00696-SB
3:21-cv-00697-SB
3:21-cv-00699-SB
3:21-cv-00707-SB
3:21-cv-00708-SB
3:21-cv-00709-SB
3:21-cv-00716-SB
3:21-cv-00728-SB
3:21-cv-00748-SB
3:21-cv-00751-SB
3:21-cv-00752-SB
3:21-cv-00760-SB
3:21-cv-00788-SB
3:21-cv-00789-SB
3:21-cv-00790-SB
3:21-cv-00792-SB
3:21-cv-00802-SB
3:21-cv-00804-SB
3:21-cv-00832-SB
3:21-cv-00910-SB
3:21-cv-00974-SB
3:21-cv-01008-SB
3:21-cv-01009-SB
3:21-cv-01126-SB
3:21-cv-01157-SB
3:21-cv-01180-SB
3:21-cv-01288-SB
3:21-cv-01345-SB
3:21-cv-01361-SB
3:21-cv-01395-SB
3:21-cv-01403-SB
3:21-cv-01407-SB
3:21-cv-01411-SB
3:21-cv-01423-SB
3:21-cv-01426-SB
3:21-cv-01431-SB
3:21-cv-01458-SB
3:21-cv-01460-SB
3:21-cv-01472-SB

PAGE 3 – JUDGMENT

| | |
|---|---|
| | 3:21-cv-01489-SB |
| | 3:21-cv-01517-SB |
| | 3:21-cv-01519-SB |
| | 3:21-cv-01521-SB |
| | 3:21-cv-01535-SB |
| | 3:21-cv-01547-SB |
| | 3:21-cv-01573-SB |
| | 3:21-cv-01574-SB |
| | 3:21-cv-01594-SB |
| | 3:21-cv-01612-SB |
| | 3:21-cv-01629-SB |
| | 3:21-cv-01641-SB |
| | 3:21-cv-01643-SB |
| | 3:21-cv-01659-SB |
| | 3:21-cv-01660-SB |
| | 3:21-cv-01668-SB |
| | 3:21-cv-01705-SB |
| | 3:21-cv-01728-SB |
| | 3:21-cv-01729-SB |
| | 3:21-cv-01739-SB |
| | 3:21-cv-01742-SB |
| | 3:21-cv-01765-SB |
| | 3:21-cv-01766-SB |
| | 3:21-cv-01804-SB |
| | 3:21-cv-01805-SB |
| | 3:21-cv-01878-SB |
| | 3:21-cv-01880-SB |
| | 3:22-cv-00005-SB |
| | 3:22-cv-00016-SB |
| | 3:22-cv-00021-SB |
| | 3:22-cv-00026-SB |
| | 3:22-cv-00077-SB |
| | 3:22-cv-00086-SB |
| | 3:22-cv-00216-SB |
| | 3:22-cv-00249-SB |
| | 3:22-cv-00260-SB |
| | 3:22-cv-00261-SB |
| | 3:22-cv-00320-SB |
| | 3:22-cv-00347-SB |
| | 3:22-cv-00364-SB |
| | 3:22-cv-00370-SB |
| | 3:22-cv-00403-SB |
| | 3:22-cv-00417-SB |
| | 3:22-cv-00422-SB |
| | 3:22-cv-00431-SB |
| | 3:22-cv-00440-SB |

```
                                                    3:22-cv-00490-SB
                                                    3:22-cv-00553-SB
                                                    3:22-cv-00559-SB
                                                    3:22-cv-00554-SB
                                                    3:22-cv-00574-SB
                                                    3:22-cv-00617-SB
                                                    3:22-cv-00716-SB
                                                    3:22-cv-00717-SB
                                                    3:20-cv-00718-SB
                                                    3:22-cv-00761-SB
                                                    3:22-cv-00762-SB
                                                    3:22-cv-00961-SB
                                                    3:22-cv-00965-SB
                                                    3:22-cv-00966-SB
                                                    3:22-cv-00967-SB
                                                    3:22-cv-00968-SB
                                                    3:22-cv-00997-SB
                                                    3:22-cv-01017-SB
                                                    3:22-cv-01081-SB
                                                    3:22-cv-01111-SB
                                                    3:22-cv-01285-SB
```

**JUDGMENT**

Based on the Court's Opinion and Order (ECF No. 139), IT IS ORDERED AND ADJUDGED that Petitioners' amended habeas petition pursuant to 28 U.S.C. § 2241 is DENIED, and this consolidated proceeding is DISMISSED, with prejudice. The Court DENIES AS MOOT all pending motions.

**IT IS SO ORDERED.**

DATED this 15th day of November, 2022.

*Stacie F. Beckerman*

HON. STACIE F. BECKERMAN
United States Magistrate Judge

PAGE 5 – JUDGMENT